# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Corey Norwood, as parent and natural, Guardian of J.N., | Civil No. 08-353 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| v. | |
| Tina Arradondo, Larry Smith, Checkmate Enterprises, Inc., | |
| Defendants. | |

Based on the parties' Stipulation of Dismisal (Doc. No. 22), **IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE** on the merits and without costs and disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 8, 2008

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge